DEPARTMENT OF PUBLIC
SAFETY, Appellant,

v.

Ricky E. RAPERT, Respondent.

No. WD 65483.

Missouri Court of Appeals,
Western District.

Jan. 10, 2006.

David F. Barrett, Jefferson City, MO, for Appellant.

John H. Goffstein, St. Louis, MO, for Respondent.

Before EDWIN H. SMITH, C.J., THOMAS H. NEWTON, and LISA WHITE HARDWICK, JJ.

**ORDER**

PER CURIAM.

The Director of the Missouri Department of Public Safety (Director) appeals the Administrative Hearing Commission's (AHC) decision not to discipline the peace officer license of Mr. Ricky E. Rapert.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).